UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 109 WEST 27th STREET, LLC,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>EAT CLUB INC.,<br><br>                    Defendant. | 20 Civ. 2568 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

There is currently an initial pretrial conference scheduled in this action for July 23, 2020.  However, Defendant's Answer is not due until August 7, 2020.  The Court therefore believes it wise to adjourn the initial pretrial conference to a later date.  The initial pretrial conference is ADJOURNED to August 19, 2020, at 11:30 a.m.  The joint letter and proposed case management plan foreseen by the Notice of Initial Pretrial Conference (Dkt. #7), shall be due on or before August 13, 2020.

    SO ORDERED.

Dated:    July 16, 2020
         New York, New York

                                            _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge